## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADAM FEDERMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.     Plaintiff ADAM FEDERMAN brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search, issue a determination, and produce records regarding the Dallas Workers Front, Dallas Antifa, and other related groups.

## PARTIES

2.     Plaintiff ADAM FEDERMAN is an author and journalist and made the FOIA requester in this case.

3.     Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.     Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question

conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## OCTOBER 13, 2025 FOIA REQUEST TO FBI

7.      On October 13, 2025, FEDERMAN submitted the following FOIA request to FBI:

> In response to a previous FOIA request (FOI/PA# 24-cv-2533) the
> FBI sent me a letter dated March 25, 2025 in which it released 48
> pages of records. Among those records was a 3-page file referencing
> Dallas Workers Front (DWF); Dallas ANTIFA (aka ANTIFA DFW
> ANTIFA Dallas); Dallas ANTIFASCIST; DFW ANTI-FASCIST
> LEAGUE; and Anarchist Extremists. The CASE ID # for these
> records is 336H-DL-2161103. According to the records the EC was
> closed in April 2018.
>
> This is a request for any additional records included in Case ID #:
> 336H-DL-2161103
>
> I'm also requesting any records referencing Dallas Workers Front;
> Dallas Antifa; Dallas Antifascist or Dallas Anti-Fascist League.

8.      On October 13, 2025, FBI confirmed receipt of the FOIA request.

9.      A true and correct copy of the confirmation message quoting the FOIA request is

attached as Exhibit 1.

10.     On November 5, 2025, FBI acknowledged receipt of the FOIA request and assigned

reference number 1697917-000 to the matter.

11.     A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

12.     On November 18, 2025, Plaintiff asked FBI to provide an estimated page count for

the request.

13.     A true and correct copy of the correspondence is included in Exhibit 3.

14.     On November 18, 2025, FBI stated that the search for responsive records was

ongoing and provided an average estimated completion date of 2,010 days.  *Id.*

- 2 -

15.     On December 17, 2025, FBI denied Plaintiff's request for a fee waiver.

16.     A true and correct copy of the correspondence is attached as Exhibit 4.

17.     On December 19, 2025, Plaintiff asked FBI to provide an estimated page count for the request.

18.     A true and correct copy of the correspondence is included in Exhibit 5.

19.     On December 19, 2025, FBI placed the request in the "complex small" processing track and provided an estimated completion date of November 2028. *Id.*

20.     On December 19, 2025, Plaintiff asked FBI if it had located more than 100 pages of responsive records. *Id.*

21.     On December 19, 2025, FBI stated that the request "is in the complex request small track, which includes cases with 51-250 pages.  These cases have a current average time of approximately 36 months to complete."

22.     On December 22, 2025, FBI stated that the request was "presently awaiting assignment to a Disclosure analyst" and provided an estimated date of completion of November 2028.

23.     A true and correct copy of the correspondence is attached as Exhibit 6.

24.     FBI did not send any further correspondence to Plaintiff regarding this request.

25.     As of the date of this filing, FBI has not issued a determination on Plaintiff's request.

26.     As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

### COUNT I – FBI'S FOIA VIOLATION

27.     Paragraphs 1-26 are incorporated by reference.

28.     Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

29.     Defendant FBI is a federal agency subject to FOIA.

30.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31.     Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

32.     Defendant FBI has failed to issue a determination within the statutory deadline.

33.     Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i.      declare that Defendants have violated FOIA;

ii.     order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.     award Plaintiff attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.

Dated: January 22, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
ADAM FEDERMAN

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com