UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM FEDERMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>AND<br>U.S. DEPARTMENT OF JUSTICE,<br><br>      Defendants. | Civil Action No. 26-0196 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 3, 2026, Minute Order, Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ"), and Plaintiff, Adam Federman, by and through the undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 13, 2025 request, which sought records related to the "Dallas Workers Front; Dallas Antifa; Dallas Antifascist or Dallas Anti-Fascist League ." *See* Compl. (ECF No. 1) ¶ 7. Plaintiff filed the complaint on January 22, 2026 (ECF No.1), and Defendant timely answered on March 13, 2026 (ECF No. 10).

The parties agree that the FBI will make its first production to Plaintiff by April 30, 2026. Defendants report that this production will include 76 potentially responsive pages reviewed, of which some may be sent out for consultation for review by another government agency with equities. Additionally, there are some potentially responsive records that the FBI believes are subject to withholding in full pursuant to Exemption (b)(7)(A). The parties will confer

in good faith and attempt to resolve or narrow any issues related to these records, and will provide an update to the Court in its next status report.

To that end, the parties propose that they file a subsequent status report on or before June 1, 2026, updating the Court on the status of the FOIA request and any issues that remain outstanding.

Dated:   April 1, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (312) 243-5900
foia@loevy.com

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*

*Counsel for Plaintiff*